**NOT FOR PUBLICATION**

MAR 02 2011

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARICELA TORREZ-VALENZUELA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>Respondent. | No. 07-74797<br><br>Agency No. A075-759-419<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Maricela Torrez-Valenzuela, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her motion to reopen removal proceedings

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Sharma v. INS*, 89 F.3d 545, 547 (9th Cir. 1996). We deny the petition for review.

The agency did not abuse its discretion in denying Torrez-Valenzuela's motion to reopen because her reliance upon an outdated bus schedule does not constitute exceptional circumstances within the meaning of 8 U.S.C. § 1229a(e)(1).

**PETITION FOR REVIEW DENIED.**